Attachment A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

*FILED*

Troy Worsley

AUG 2 4 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

_____
*Your full name*

**FEDERAL TORTS CLAIM ACT**
**COMPLAINT**

v.

Civil Action No.: 1:19-cv-213
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

## I.     JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your full name: Troy Worsley    Inmate No.: 03302-007
         Address: PO Box 6000 Glenville WV 26351

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: FCI Gilmer

   A.    Is this where the events concerning your complaint took place?
         ☒ Yes        ☐ No

*United States District Court*                7                *Northern District of West Virginia-2013*

**Attachment A**

If you answered "NO," where did the events occur?

_Also at FCI Raybrook_

## IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____
        *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit: _____

---

**Attachment A**

8.     Approximate date of disposition. Attach copies:_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes      ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _Form 95_____

_____
_____
_____

E.     Did you exhaust **ALL** available administrative remedies?
☑ Yes      ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _Form 95 denied_____

_____
_____
_____

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____
_____

**Attachment A**

2.    Name and location of court and case number: _____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes    ☐ No

B.    If your answer is "YES," answer the questions below:

1.    Identify the type of written claim you filed: _Personal injury_

2.    Date your claim was filed: _November 4, 2019_

3.    Amount of monetary damages you requested in your claim:
_$ 1,000,000_

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.    Date of the written acknowledgment: _December 9, 2019_
ii.    Claim Number assigned to your claim: _TRT-MXR- 2020- 01708_

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    ☐ Yes    ☐ No    _N/A_

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

          _____

          _____

          _____

    2.    Identify the type of written claim(s) you filed: _____

          _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

          _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes       ☒ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the <u>facts</u> of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: Defendants have violated their duty of care owed to Worsley pursuant to 18 USC 4001, 4042, and the rules and regulations promulgated by the FBOP.

Supporting Facts: From April 2018 to the present, Defendants have failed to provide the care needed to diagnose and treat Worsley's torn pectorals muscle. Their conduct was unreasonable and failed to protect Worsley from serious harm. See ECF 1.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
K. Sorrell - FBOP; Eddie Anderson - FBOP; Alicia Wilson - FBOP

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: All employed by the FBOP

CLAIM 2: _____

---

*United States District Court*                    12                    *Northern District of West Virginia-2013*

Supporting Facts: _____

_____

_____

_____

     Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

     With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

     If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

     Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

     With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

**Attachment A**

  If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

  Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

  With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?  ☐ Yes  ☐ No

  If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    □ Yes      □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages.  Defendants failure to properly treat Worsley's injury has caused him tremendous pain and suffering and emotional distress.

_____

_____

_____

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
Declare Defendants conduct was negligent and provide monetary relief up to $1 Million.

_____

_____

_____

**Attachment A**

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Glenville, WV_____ on ___8\19\2020___.
  (Location)     (Date)

_____
Your Signature

---

*United States District Court*          *16*          *Northern District of West Virginia-2013*